PROB 12A
(Rev. 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Justin Walden</u>  Case Number: <u>3:16-00123</u>

Name of Sentencing Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>January 4, 2017</u>

Original Offense: <u>18 U.S.C. §111(a)(1) Forcibly Assaulting, Resisting, Opposing, Impeding, and Interfering with an Officer Performing Official Duties</u>

Original Sentence: <u>12 months and 1 day custody and one year supervised release</u>

Type of Supervision: <u>Supervised release</u>  Date Supervision Commenced: <u>March 24, 2017</u>

Assistant U.S. Attorney: <u>Sunny A.M. Koshy</u>  Defense Attorney: <u>Cynthia A. Sherwood</u>

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 10th day of April, 2017,
and made a part of the records in the above case.

Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Montranese N. Vinson
U.S. Probation Officer

Place   Nashville, Tennessee

Date    April 4, 2017

## ALLEGED VIOLATIONS

The probation officer believes that the defendant has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **The defendant shall refrain from any unlawful use of a controlled substance.**

On March 27, 2017, Mr. Walden tested positive for marijuana and he admitted use.

**Compliance with Supervision Conditions and Prior Interventions:**
Justin Walden began his term of supervised release on March 24, 2017, and is due to terminate supervision on March 23, 2018. He is currently unemployed and resides in Nashville, Tennessee with his fiancée, child, and fiancée's three children.

Mr. Walden tested positive for marijuana on March 27, 2017. He admitted to smoking marijuana on March 24, 2017, while he was in custody. He also reported that he smoked marijuana the whole time he was in custody.

He was enrolled in a random drug testing program. If there is new use, he will be referred to substance abuse treatment.

**U.S. Probation Officer Recommendation:**
It is respectfully recommended that no additional action be taken by the Court at this time so that Mr. Walden can continue with random drug testing and treatment if his drug use persists. This violation has been reported to Assistant U.S. Attorney Sunny A.M. Koshy, who concurs with the recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer